IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re *Ex Parte* Application of HID TEXTILE SERVICES SARL<br><br>Applicant,<br><br>for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings | Misc. No. |

### *EX PARTE* APPLICATION OF HID TEXTILE SERVICES SARL FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Applicant HID Textile Services SARL ("HID Textile," or "Applicant") submits this Ex Parte Application for an Order to Obtain Discovery for Use in Foreign Proceedings pursuant to 28 U.S.C. § 1782(a) from Datamars, Inc. ("Datamars," or the "Respondent"). HID Textile seeks an order to authorize subpoenas requiring Datamars to provide specific documents and make itself available for a deposition for use in connection with four foreign patent ligations: two patent infringement actions in France ("Datamars French Litigations"), a nullity action in Germany ("Datamars German Litigation"), and a nullity action in the Netherlands ("Datamars Dutch Litigation") (collectively, "Datamars EU Litigations"). The document and deposition subpoenas proposed to be served on Datamars in substantially similar form are attached to this application as Exhibits A and B, respectively. This application is supported by an accompanying Memorandum of Law, the Declaration of Lionel Lavenue ("Lavenue Decl."), and the Declaration of Stanislas Roux-Vaillard ("Roux-Vaillard Decl."), filed concurrently herewith.

This application is brought on an *ex parte* basis. Courts in the Third Circuit routinely handle § 1782 requests on an ex parte basis. *In re Mota*, No. 19-00369, 2020 U.S. Dist. LEXIS

3261, at *1 (D. Del. Jan. 8, 2020) (citing *In re Letters Rogatory from Tokyo Dist.*, 539 F.2d 1216, 1219 (9th Cir. 1976)) ("Discovery applications under § 1782 are often granted *ex parte*."); *In re Application of O'Keeffe*, 646 F. App'x 263, 265 (3d Cir. 2016).

      Applicant satisfies each of the three statutory requirements set forth in 28 U.S.C. § 1782. First, the Respondent from whom discovery is sought is found within the District of Delaware. Second, the discovery sought by Applicant is "for use" in the Datamars EU Litigations described in accompanying Memorandum of Law and supporting declaration. Third, Applicant is an interested entity within its capacity as a defendant in the French Litigation and a plaintiff in the German and Dutch Litigations.

      Further, each of the discretionary factors established in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004) favor granting this Application. First, the Respondent from whom discovery is sought is not a participant in any of the Datamars EU Litigations, and, as such, this Application constitutes the only practical and timely method for obtaining the needed evidence for use there. Second, there is no indication that the foreign tribunal would be unreceptive to the evidence. Third, the documentary and testimonial evidence sought through the instant Application would likely be admissible in the Datamars EU Litigations and does not otherwise circumvent any proof-gathering restriction under the laws of France, Germany, or the Netherlands. Fourth, the discovery sought through this Application is not unduly intrusive or burdensome because it is of limited scope. The proposed requests to Respondent seek limited records relating to Respondent's knowledge of the patent Datamars SA, the corporate parent of Datamars, asserts in the Datamars EU Litigations and products that practice the patent. This information is relevant to at least HID Textile's arguments in the Datamars EU Litigations for invalidating the patents at issue.

Accordingly, for the reasons described in the accompanying Memorandum of Law and supporting declarations, Applicant respectfully requests that the Court issue an Order in the proposed or substantially similar form attached hereto as Exhibit 1: (1) granting judicial assistance pursuant to 28 U.S.C. § 1782, and (2) authorizing Applicant to serve subpoenas including discovery requests in substantially similar form as those attached hereto as Exhibits A and B.

Dated: August 4, 2023

*Of Counsel:*

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

Lionel M. Lavenue
*(pro hac vice application forthcoming)*
1875 Explorer Street, Suite 800
Reston, VA 20190
Phone: (571) 203-2700
Fax: (202) 408-4400

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Daniel A. Taylor (No. 6934)
Neal C. Belgam (No. 2721)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
dtaylor@skjlaw.com
nbelgam@skjlaw.com

*Attorneys for Applicant HID Textile Services SARL*