IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re *Ex Parte* Application of HID TEXTILE SERVICES SARL<br><br>Applicant,<br><br>for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings | C.A. No. 23-850-JCG |

**NOTICE OF WITHDRAWAL OF APPLICATION**

**WHEREAS**, Applicant HID Textile Services SARL ("Applicant") sought an order to conduct discovery for use in foreign proceedings in the above captioned application (the "Application");

**WHEREAS,** the Applicant and Respondent Datamars, Inc. entered into a settlement agreement;

**NOW THEREFORE, IT IS HEREBY NOTICED,** that Applicant withdraws its Application without prejudice.

Dated: January 12, 2024

By: */s/ Daniel A. Taylor*
Daniel A. Taylor (No. 6934)
Neal C. Belgam (No. 2721)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
dtaylor@skjlaw.com
nbelgam@skjlaw.com

*Attorneys for Applicant HID Textile Services SARL*