## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **HID TEXTILE SERVICES SARL,**<br><br>  Plaintiff,<br><br>v.<br><br>**DATAMARS, INC.,**<br><br>  Defendant. | **Court No. 1:23-cv-00850-JCG** |

## ORDER

Before the Court is Plaintiff's Notice of Withdrawal of Application (D.I. 12). Plaintiff initiated this case through Plaintiff's Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for use in Foreign Proceedings (D.I. 1). Plaintiff has advised that the Parties have entered into a settlement agreement. Pl.'s Notice Withdrawal Application. Because Defendant has not filed an answer, motion for summary judgment, or counterclaim, Plaintiff is entitled to voluntarily dismiss this action. Fed. R. Civ. P. 41(a). Upon consideration of Plaintiff's Notice of Withdrawal of Application, and all other papers and proceedings in this action, it is hereby

**ORDERED** that Plaintiff's Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for use in Foreign Proceedings (D.I. 1) is deemed withdrawn; and it is further

**ORDERED** that this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of January 2024.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge[*]

---

[*]Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.